Eastern District of Kentucky
**FILED**

MAY -3 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Covington Division**

Carrie Coy )
*Plaintiffs* )
)
v. ) Case No. 2:18-cv-00013-WOB
)
Equifax Information Services, LLC )
*Defendant* )
)

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Carrie Coy and Defendant Equifax Information Services, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Equifax Information Services, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Carrie Coy's claims against Defendant Equifax Information Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

This 3rd day of May, 2018.

WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

APPROVED BY:

/s/ James H. Lawson (w/permission)
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:  (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff Carrie Coy*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff Carrie Coy*

/s/John M. Williams
**John M. Williams**
*Williams, Kilpatrick & True, PLLC*
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
Tel:  (859) 245-1059
Fax:  (859) 245-1231
williams@wktlaw.com
*Counsel for Defendant*
*Equifax Information Services, LLC*